**Eric L. WESSON, Appellant,**

v.

**UNITED STATES of America,
Appellee.**

No. 03–2777.

United States Court of Appeals,
Eighth Circuit.

Submitted Feb. 26, 2004.

Decided Feb. 27, 2004.

Eric L. Wesson, pro se, Kansas City, MO, for Plaintiff–Appellant.

Jeffrey P. Ray, U.S. Attorney's Office, Kansas City, MO, for Defendant–Appellee.

Before MORRIS SHEPPARD ARNOLD, FAGG, and SMITH, Circuit Judges.

---

PER CURIAM.

Eric L. Wesson appeals the district court's* order dismissing as time-barred Wesson's Federal Tort Claims Act (FTCA) suit against the United States. Under 28 U.S.C. § 2401(b), an FTCA claim against the United States is barred unless presented to the appropriate federal agency within two years after the claim accrues. Wesson presented his claim to the Veteran's Administration in July 2001, and we agree with the district court Wesson knew of the alleged injury and suspected its cause by at least August 1993. *See Motley v. United States,* 295 F.3d 820, 822 (8th Cir.2002). Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

\* The Honorable Dean Whipple, Chief Judge, United States District Court for the Western District of Missouri.